EMMA F. WHITE, IN HER OWN AND PROPER PERSON, AND JOHN C. WHITE, A MINOR, BY EMMA F. WHITE, HIS NEXT FRIEND, AND D. C. McMULLEN AND EMMA F. WHITE, ADMINISTRATORS OF THE ESTATE OF JOHN C. WHITE, DECEASED, *Appellants*, v. R. B. SIMPSON, *Appellee*.

### Division B.

PER CURIAM.—The decree appealed from is affirmed on the authority of Waterman v. Higgins, 28 Fla. 660, 10 South. Rep. 97; Clarke v. Hartt, 56 Fla. 775, 47 South. Rep. 819; Baars v. Alger-Sullivan Lumber Co., 81 Fla. 308, 87 South. Rep. 918; Godwin's Heirs v. Godwin,— Fla. —, 111 South. Rep. 240.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.